292 U.S. 631
 54 S.Ct. 640
 78 L.Ed. 1485
 STANDARD OIL COMPANY, petitioner,
v.
John P. McLAUGHLIN, United States Collector of Internal Revenue, etc.*
 No. 848.
 Supreme Court of the United States
 April 9, 1934
 
 Messrs. F. D. Madison and Alfred Sutro, both of San Francisco, Cal., for petitioner.
 
 
 1
 The Attorney General, for Collector of Internal Revenue.
 
 
 2
 For opinion below, see 67 F.(2d) 111.
 
 
 3
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied.
 
 
 
 *
 Rehearing denied 292 U. S. 604, 54 S. Ct. 712, 713, 78 L. Ed. ——.